**92–2175.** Carey v. Toys R Us. *Summit County*, No. 15380.
RESNICK, J., dissents.

**92–2186.** Williams v. Cap Gemini Am., Inc. *Cuyahoga County*, No. 62953.
DOUGLAS and PFEIFER, JJ., dissent.
F.E. SWEENEY, J., not participating.

**92–2187.** State v. Williams. *Montgomery County*, No. 13156.

**92–2198.** In re Adoption of Lauck. *Summit County*, No. 15493.

**92–2209.** State v. Vanderkooi. *Crawford County*, No. 3–92–12.

**92–2224.** White v. John Hancock Mut. Life Ins. Co. *Warren County*, No. CA92–01–006.

**92–2229.** Semones v. Turner. *Logan County*, No. 8–92–24.

**92–2231.** Manogg v. Spangler. *Licking County*. No. 92–CA–29.

**92–2282.** DeVault v. DeVault. *Franklin County*, No. 91AP–1089.
WRIGHT and PFEIFER, JJ., dissent.

# REHEARING DOCKET

**92–1833.** Estate of Oldham v. State Farm Auto. Ins. Co. *Lucas County*, No. L–91–353. Reported at 65 Ohio St.3d 1478, 604 N.E.2d 169. On motion for rehearing. Rehearing denied.
DOUGLAS, J., dissents.
RESNICK and F.E. SWEENEY, JJ., not participating.

**92–2070.** May v. Ohio Dept. of Highway Safety, Bur. of Motor Vehicles. *Hamilton County*, No. C–910725. Reported at 65 Ohio St.3d 1476, 604 N.E.2d 167. On motion for rehearing. Rehearing denied.
F.E. SWEENEY, J., not participating.

*Thursday, January 21, 1993*

# MOTION DOCKET

**91–1504.** State v. Fittro. *Cuyahoga County*, No. 58227. This cause is pending before the court on the certification of conflict by the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion for leave to file merit brief instanter,
IT IS ORDERED by the court that said motion for leave to file merit brief instanter be, and the same is hereby, denied, effective January 19, 1993.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**92–2629.** Dressler v. Dressler. *Portage County*, No. 91–P–2312. On motion for stay. Motion denied.

**93–54.** Lake Buckhorn Property Owners Assn., Inc. v. Mayer. *Holmes County*, No. CA–463. On motion for stay. Motion denied.
RESNICK and PFEIFER, JJ., dissent.

# MISCELLANEOUS DISMISSALS

**92–2405.** Howard v. Barry. *Portage County*, No. 92–P–0056. Cause dismissed, on appellant's application for dismissal, effective January 20, 1993.